**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:**   TRENTON                                    **DATE:** FEBRUARY 14, 2023

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**   SHANNAN GAGLIARDI

**TITLE OF CASE:**                                    **DOCKET # 3:22-CV-6353**
SURENDER MALHAN, *et al.*,
         vs.
STATE OF NEW JERSEY, *et al.*

**APPEARANCES:**
Paul Clark, Esq. for Plaintiffs
Barkha Patel, Esq. for Defendants

**NATURE OF PROCEEDINGS:**
Telephone Conference held re (ECF No. 9) Motion for Order to Show Cause.
Decision read into the record.
ORDERED Plaintiffs' (ECF No. 9) Application for an Order to Show Cause with Temporary Restraints is DENIED.
Order to issue.

Time   Commenced:   1:55   PM
Time   Adjourned:     2:15   PM
Total Time:                  20 min

s/ Jair Bodnar
**DEPUTY CLERK**