**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SURENDER MALHAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEW JERSEY et al., <br><br> Defendants. | Civil Action No. 22-6353 (MAS) (TJB) <br><br> **ORDER** |

This matter comes before the Court on Surender Malhan, Maryann Petri, and Michael Volpe's ("Plaintiffs") Application for an Order to Show Cause. (ECF No. 9.) The Court set a schedule for additional briefing in a text order. (ECF No. 10.) Defendants State of New Jersey; Attorney General Matthew J. Platkin; New Jersey Commissioner of the Department of Children and Families Christine Norbut Beyer; the Honorable Heidi W. Currier;[1] the Honorable David Katz; and the Honorable Peter Melchionne ("Defendants") responded to the Application (ECF No. 12), and Plaintiffs replied (ECF No. 13). On February 14, 2023, the Court held a telephone status conference to resolve the Application. For the reasons set forth in the Court's telephone status conference on February 14, 2023, and for other good cause shown,

IT IS on this 15th day of February 2023 ORDERED that:

1. Plaintiffs' Application for an Order to Show Cause is DENIED.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] Heidi W. Currier was improperly pled as Heidi W. Curri. (*See* Defs.' Opp'n Br. 1, ECF No. 12.)